JS-6

Armond M. Jackson, SBN 281547
JACKSON APC
2 Ventura Plaza, Ste. 240
Irvine, CA 92618
Phone: (949) 281-6857
Fax:  (949) 777-6218

Attorneys for Plaintiff
FLOR VASQUEZ HERNANDEZ

Collin D. Cook (SBN 251606)
E-Mail:  ccook@fisherphillips.com
Aaron M. Cargain (SBN 281336)
E-Mail:  acargain@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile:  (949) 851-0152

Attorneys for Defendants
MAJESTIC TERMINAL SERVICES, INC. AND
PRIMEFLIGHT AVIATION SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| FLOR VASQUEZ HERNANDEZ,<br><br>          Plaintiff,<br><br>   v.<br><br>MAJESTIC TERMINAL SERVICES, INC. a California limited liability corporation, PRIMEFLIGHT AVIATION SERVICES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>          Defendants. | Case No:   5:22-cv-01940-SSS-SHKx<br><br>(Removed from the San Bernardino Superior Court, Case No. CIV SB 2206583)<br><br>**ORDER GRANTING DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE**<br><br>Complaint Filed:   March 22, 2022<br>Trial Date:             None |

1  The Parties having so stipulated and agreed, Plaintiff's lawsuit is hereby
2  DISMISSED, with prejudice.  The Clerk shall close this file.

4  **IT IS SO ORDERED.**

7  DATED: January 19, 2023

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE